**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-1776-MEH

U.S. SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

SKIHAWK CAPITAL PARTNERS, LLC,
THE CONVERGENCE GROUP, LLC,
CLEMENT M. BORKOWSKI,
SEAN A. HAWKINS, and
JOSEPH P. SCHIFF,

      Defendants.

---

**UNOPPOSED JOINT MOTION TO AMEND THE SCHEDULING ORDER [16, 28, 30]**

---

The parties respectfully request that the Court amend the Scheduling Order (ECF No. 16, as modified in part by ECF Nos. 28, 30) to extend certain pre-trial case deadlines in this matter by approximately six months. Good cause supports the requested modification, as explained below.

The Securities and Exchange Commission ("SEC") initiated this enforcement action on June 29, 2021. ECF No. 1. The SEC's 249-paragraph Complaint includes ten claims for relief, alleging violations of the securities laws by five defendants arising out of four separate sets of actions/transactions dating back to 2016. *See id.*

On September 13, 2021, Defendants filed a partial motion to dismiss. ECF. No. 19. Defendants' motion is fully briefed and remains pending. ECF Nos. 22, 23.

On March 30, 2022, after the case was reassigned due to Magistrate Judge Tafoya's retirement, the Court held a status conference. *See* ECF No. 33.

Following the status conference, on April 1 and April 7, 2022, the SEC served written discovery on each of the Defendants. Defendants responded to the SEC's discovery requests on June 13 and 14, 2022. *See* ECF Nos. 35, 38 (extending time to respond).

The parties are in the process of conferring about Defendants' responses in an attempt to resolve any outstanding issues without the need for judicial intervention.

The parties also continue to confer on the most efficient way to conduct discovery in light of Defendants' pending motion to dismiss, including the prospect that the motion will not be resolved before the current discovery cut-off—meaning that discovery may close before Defendants file an Answer admitting or denying the SEC's allegations.[1]

In addition to the above-described conferral efforts—and regardless of the results of those conferrals—the parties agree that additional time will be necessary to complete fact discovery, expert discovery, and dispositive-motion briefing in this case. As noted, the SEC's Complaint asserts ten claims against five defendants arising out of four separate sets of actions/transactions dating back to 2016. *See* ECF No. 1. The discovery conducted to-date mirrors (and the anticipated additional party and third-party discovery is expected to mirror) the breadth of the case—involving multiple defendants and multiple, separate transactions over an extended period of time. Significant additional time and resources will be necessary to complete fact discovery.

---

[1] The parties initially agreed to address this concern by having Defendants file an Answer without prejudice to the pending partial motion to dismiss. However, Defendants have expressed concerns with this approach, and the parties continue to confer in an effort address those concerns while allowing this matter to move forward expeditiously.

In addition, the parties anticipate that expert testimony will be required to address some, if not all, categories of claims in the case; the parties' experts will need time to review and consider the substantial amounts of material already generated and to-be generated in fact discovery before issuing their reports. Finally, the requested extension will increase the likelihood that the motion to dismiss may be resolved, and further settlement discussions conducted, before the parties expend significant resources on, among other things, third-party discovery, expert witnesses, and expert discovery.

Accordingly, the parties agree that case-related deadlines should be extended by approximately six months, as set forth in the table below:

| Task (Scheduling Order ¶) | Current deadline | Proposed deadline |
|---|---|---|
| Last day to serve interrogatories, requests for production, and requests for admission (¶ 8(d)) | June 27, 2022 | December 30, 2022 |
| Affirmative expert witness disclosures (¶ 9(d)(3)) | July 15, 2022 | January 20, 2023 |
| Rebuttal expert witness disclosures  (¶ 9(d)(4)) | August 26, 2022 | March 3, 2023 |
| Discovery cut off (¶ 9(b)) | October 28, 2022 | May 5, 2023 |
| Dispositive motions (¶ 9(c)) | November 22, 2022 | June 9, 2023 |
| Pre-trial conference | January 17, 2023 | On or after July 23, 2023, as set by the Court |

The requested extensions are necessary in order to allow the case to proceed efficiently and with a complete record. No trial has been set in this matter, and the parties agree that the proposed schedule is reasonable, efficient, and will not prejudice either party.

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel certify that they conferred and agree upon the requested relief.

The parties previously sought and received two extensions of the deadline to serve written discovery, ECF Nos. 28, 30, and one extension of certain other discovery deadlines, ECF No. 30. *See* D.C.COLO.LCivR 6.1(b). A copy of this motion will be served contemporaneously on the parties by their attorneys. *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, for the reasons set forth herein, the parties respectfully request that the Court grant this motion and issue an order modifying the Scheduling Order (ECF No. 16) as requested above.

Respectfully submitted this 24th day of June, 2022,

| | |
|---|---|
| */s/ Paul L. Vorndran* | *s/ Ian J. Kellogg* |
| Paul L. Vorndran | Ian J. Kellogg |
| Blaine K. Bengtson | Mark L. Williams |
| JONES & KELLER, P.C. | U.S. Securities and Exchange Commission |
| 1675 Broadway, 26th Floor | 1961 Stout Street, 17th Floor |
| Denver, CO 80202 | Denver, Colorado 80294 |
| Telephone: (303) 573-1600 | (303) 844-1000 |
| Fax: (303) 573-8133 | kelloggi@sec.gov |
| pvorndran@joneskeller.com | williamsml@sec.gov |
| bbengtson@joneskeller.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendants* | |

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record, including the following:

pvorndran@joneskeller.com
bbengtson@joneskeller.com

*s/ Ian J. Kellogg*
U.S. Securities and Exchange Commission
