IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01776-MEH

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SKIHAWK CAPITAL PARTNERS, LLC,
CONVERGENCE GROUP, LLC,
CLEMENT M. BORKOWSKI,
SEAN A. HAWKINS, and
JOSEPH P. SCHIFF,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2022.**

For good cause shown, the parties' Unopposed Joint Motion to Amend the Scheduling Order [filed June 24, 2022; ECF 40] is **granted**. Section 8 of the Scheduling Order is modified as follows:

d.    Service of Interrogatories, Requests for Production of Documents, and/or Admissions:

December 30, 2022

Section 9 of the Scheduling Order is modified as follows:

| | | |
|---|---|---|
| b. | Discovery Cut-off: | May 5, 2023 |
| c. | Dispositive Motion Deadline: | June 9, 2023 |
| d(3) | Affirmative Expert Witness Disclosures | January 20, 2023 |
| d(4) | Rebuttal Expert Witness Disclosures | March 3, 2023 |

Additionally, the Final Pretrial Conference currently scheduled for January 17, 2023 is **vacated**.

At the close of discovery, on **May 5, 2023**, the parties shall file a motion to reset the Final Pretrial Conference.