**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01776-MDB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

SKIHAWK CAPITAL PARTNERS, LLC,
THE CONVERGENCE GROUP, LLC,
CLEMENT M. BORKOWSKI,
SEAN A. HAWKINS, and
JOSEPH P. SCHIFF,

     Defendants.

**STIPULATION OF DISMISSAL OF ACTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of evidence produced following Defendants' waiver of the attorney-client privilege during this litigation, Plaintiff United States Securities and Exchange Commission ("SEC") hereby submits this stipulation of dismissal of all claims without prejudice. As indicated by the signatures below, all parties who have appeared in this action stipulate to the dismissal of the SEC's claims.

Respectfully submitted this 28th day of September, 2023.

| U.S. SECURITIES AND EXCHANGE COMMISSION | JONES & KELLER, P.C. |
|---|---|
| *s/ Gregory A. Kasper* | *s/ Paul L. Vondran* |
| Gregory A. Kasper | Paul L. Vorndran |
| Jodanna L. Haskins | Benjamin P. Weick |
| 1961 Stout Street, 17th Floor | 1675 Broadway, 26th Floor |
| Denver, CO 80294 | Denver, CO 80202 |
| Telephone: (303) 844-1000 | Telephone: (303) 573-1600 |
| kasperg@sec.gov | pvorndran@joneskeller.com |
| haskinsjo@sec.gov | bwieck@joneskeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |